**DOUGLAS L. RAPPAPORT, ESQ. (SBN 136194)**
Law Offices of Douglas L. Rappaport
260 California Street, Suite 1002
San Francisco, California  94111
Telephone (415) 989-7900

Attorney for Defendant
**BRIAN DODGE**

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-12-0684 CW |
| Plaintiff, | **STIPULATION AND ORDER ALLOWING TRAVEL TO MARIPOSA COUNTY** |
| v. | |
| BRIAN DODGE, | |
| Defendant. _____/ | |

   IT IS HEREBY STIPULATED by and between the parties hereto and their respective undersigned counsel, that the defendant in this matter, BRIAN DODGE, may be allowed to travel to and from Livermore, California and Mariposa County, California, on March 9, 2013.

   On September 21, 2012, the Court released Mr. Dodge on a $50,000 unsecured promissory bond. Mr. Dodge has obeyed all the conditions of release to date.

   Mr. Jaime Carranza, the U.S. Pre-Trial Services Officer supervising Mr. Dodge, as well as Assistant United States Attorney Rodney Villazor, have no objection to this travel.

DATED:   02-21-13            By:
                             _____/s/_____
                             **DOUGLAS L. RAPPAPORT**
                             Attorney for Defendant
                             BRIAN DODGE

DATED:   02-21-13            MELINDA A. HAAG
                             UNITED STATES ATTORNEY
                             NORTHERN DISTRICT OF CALIFORNIA
                             By:
                             _____/s/_____
                             **RODNEY VILLAZOR**
                             Assistant United States Attorney
                             Attorney for Plaintiff
                             UNITED STATES OF AMERICA

**ORDER**

**FOR GOOD CAUSE SHOWN,**

BRIAN DODGE shall be allowed to travel to and from Livermore, California, and Mariposa County, California on March 9, 2013, as stated in the above stipulation. Mr. Dodge shall inform the Pre-Trial Services of his full itinerary. All other conditions of Mr. Dodge's Pre-Trial release shall remain the same.

DATED: 2/26/2013          By: _____
                                **HONORABLE DONNA M. RYU**
                                United States Magistrate Judge